**Fill in this information to identify the case:**

Debtor 1  Solomon _____ Stewart
         First Name    Middle Name    Last Name

Debtor 2 _____
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _____ District of _____
                                                                  (State)
Case number  16-8695
(If known)
Chapter filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☒ Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A), the court orders that:

[ ] The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

[X] The debtor(s) must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $ 77.50 | 4/13/16 |
| $ 77.50 | 5/13/16 |
| $ 77.50 | 6/13/16 |
| + $ 77.50 | 7/13/16 |
| Total $ 310.00 | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

3/16/16        By the court: _Carol A. Doyle_
Month / day / year                United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Carmen Santoyo<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 13-30496<br><br>Chapter: 13<br>Honorable Jack B. Schmetterer |

### ORDER GRANTING DEBTORS MOTION TO REOPEN CASE TO FILE CERTIFICATION OF COMPLETION OF FINANCIAL MANAGEMENT COURSE AND FOR ENTRY OF A DISCHARGE

Upon the Debtors' Motion to reopen their case in order to file a certification of completion of an instructional course concerning personal financial management and for entry of a discharge,
IT IS HEREBY ORDERED that the Debtors' case shall be reopened to allow for the filing of a certification of completion of an instructional course concerning personal financial management.
IT IS FURTHER ORDERED that the Debtors' case shall precede as if a certification of completion of an instructional course concerning personal financial management had been timely filed and that an Order discharging the Debtor shall be issued forthwith.

Dated: 12/16/14

Enter:

United States Bankruptcy Judge

16 MAR 2016

**Prepared by:**
Geraci Law, L.L.C.
55 E. Monroe St., Suite 3400
Chicago, IL 60603

Rev: 20121203_bko